# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Case No.: 8:25-cv-00731-CEH-SPF

BANKERS WARRANTY GROUP, INC.,
d/b/a CENTRICITY, a Florida corporation,

    *Plaintiff,*

v.

BOOM! TECHNOLOGIES, INC., a Delaware corporation,

    *Defendant*.

_____/

## DEFENDANT'S DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

        ☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

        ☒ The filer has no parent corporation.

        ☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

Defendant, BOOM! TECHNOLOGIES INC. is a Delaware corporation with its principal place of business in Washington County, Oklahoma.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

  ☐  Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

 d. Is the filer a legal representative?

  ☒  No.

  ☐  Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

 e. Has the filer identified any corporation?

  ☐  No.

  ☒  Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

 f. Has the filer identified any natural person?

  ☒  No.

  ☐  Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

  ☐  No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action:

   a. Jeff Holley – Defendant, Boom Technologies, Inc. owner;
   b. Bankers Insurance Group, Inc. – Plaintiff affiliate;
   c. Ethan Loeb – counsel for Plaintiff;
   d. Allison Doucette – counsel for Plaintiff;
   e. Elliott Haney – counsel for Plaintiff;
   f. Bartlett Loeb Hinds & Thompson, PLLC d/b/a Bartlett Loeb Hinds Thompson & Angelos – law firm for Plaintiff;
   g. Christian Rodriguez – counsel for Defendant;
   h. Jonathan D. Carvajal – counsel for Defendant;
   i. Trembly Law Firm – law firm for Defendant;
   j. Covington Specialty Insurance Company – Defendant's insurer.

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

   ☒ No.

   ☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

   ☒ No.

   ☐ Yes, and the debtor is [].

   ☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

   ☒ No.

   ☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

   ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

Respectfully submitted,

**TREMBLY LAW FIRM**
*Counsel for Defendant*
9700 South Dixie Highway, PH 1100
Miami, Florida 33156
Telephone: (305) 431-5678

By: */s/ Jonathan D. Carvajal*
    **JONATHAN D. CARVAJAL, ESQ.**
    Florida Bar No. 121845
    E-Mail: jonathan@tremblylaw.com
    E-Mail: service2@tremblylaw.com
    **CHRISTIAN E. RODRIGUEZ, ESQ.**
    Florida Bar No. 83405
    E-Mail: christian@tremblylaw.com
    E-Mail: service2@tremblylaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 28, 2025, the foregoing was filed with the Clerk of Court using the CM/ECF system and has been served on all counsel of record.

By: */s/ Jonathan D. Carvajal*
         **JONATHAN D. CARVAJAL, ESQ.**