# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Case No.: 8:25-cv-00731-CEH-SPF

BANKERS WARRANTY GROUP, INC.,
d/b/a CENTRICITY, a Florida corporation,

    *Plaintiff,*

v.

BOOM! TECHNOLOGIES, INC., a Delaware corporation,

    *Defendant.*

_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

    1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party[1] in the case:

    Plaintiff including its listed officers and directors, BANKERS WARRANTY GROUP, INC. d/b/a CENTRICITY, is a Florida corporation with its principal place of business in Pinellas County, Florida.

    Plaintiff is represented by Ethan J. Loeb, Allison C. Doucette, and Elliot P. Haney of Bartlett, Loeb, Hinds Thompson & Angelos.

---

[1] A party should not list an assigned District Judge or Magistrate Judge as an "interested person" absent some non-judicial interest.

Plaintiff's affiliate including its listed officers and directors, BANKERS INSURANCE GROUP, INC., is a Florida corporation with its principal place of business in Pinellas County, Florida.

Defendant, BOOM! TECHNOLOGIES, INC. is a Delaware corporation with its principal place of business in Washington County, Oklahoma.

Jeff Holley, owner, co-founder and majority shareholder of BOOM! TECHNOLOGIES, INC.

Defendant is represented by Christian E. Rodriguez and Jonathan D. Carvajal of Trembly Law Firm.

Covington Specialty Insurance Company, insurer for BOOM! TECHNOLOGIES, INC.

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known to Defendant.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known to Defendant.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None known to Defendant.

5.) Check one of the following:

☒ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

**-or-**

☐ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

**Dated: May 28, 2025**

        Respectfully submitted,

        **TREMBLY LAW FIRM**
        *Counsel for Defendant*
        9700 South Dixie Highway, PH 1100
        Miami, Florida 33156
        Telephone: (305) 431-5678

        By: */s/ Jonathan D. Carvajal*
            **JONATHAN D. CARVAJAL, ESQ.**
            Florida Bar No. 121845
            E-Mail: jonathan@tremblylaw.com
            E-Mail: service2@tremblylaw.com
            **CHRISTIAN E. RODRIGUEZ, ESQ.**
            Florida Bar No. 83405
            E-Mail: christian@tremblylaw.com
            E-Mail: service2@tremblylaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 28, 2025, the foregoing was filed with the Clerk of Court using the CM/ECF system and has been served on all counsel of record.

        By: */s/ Jonathan D. Carvajal*
            **JONATHAN D. CARVAJAL, ESQ.**